UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEMI PAULO DIAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 26-11942-LTS |
| | ) | |
| DAVID WESLING et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

May 6, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated today, May 6, 2026 (Doc. No. 7), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge